# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN DANIELS and AMY DANIELS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-16-360-C |
| ) | |
| SAFECO INSURANCE COMPANY OF ) | |
| AMERICA, a New Hampshire ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Steven and Amy Daniels ("Plaintiffs"), by and through their counsel of record, David L. Smith, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor, Keith A. Wilkes, and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Keith A. Wilkes, OBA No. 16750
Margo E. Shipley, OBA No. 32118
NEWTON, O'CONNOR, TURNER & KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
kwilkes@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT, SAFECO INSURANCE COMPANY OF AMERICA**

-AND-

s/David L. Smith*
David L. Smith, OBA No. 14650
414 NW 4th St., Suite 200
Oklahoma City, Oklahoma 73102
(405) 528-5520 telephone
(405) 702-4984 facsimile
david@smithlawokc.com

**ATTORNEY FOR PLAINTIFFS**

*Signed by filing attorney with permission of Plaintiffs' attorney.